*Rufin, Petitioner, v. City of Seattle et al., Respondents*, No. 92349-3. Petition for review of a decision of the Court of Appeals, No. 72012-1-I, August 17, 2015, 189 Wn. App. 1034. *Denied* November 2, 2016.

*State, Respondent, v. Chesney, Petitioner*, No. 93115-1. Petition for review of a decision of the Court of Appeals, No. 73155-6-I, February 29, 2016, 192 Wn. App. 1053. *Denied* November 2, 2016.

*State, Respondent, v. Olivas, Petitioner*, No. 93118-6. Petition for review of a decision of the Court of Appeals, No. 47152-3-II, April 19, 2016, 193 Wn. App. 1029. *Denied* November 2, 2016.

*State, Respondent, v. Gaines, Petitioner*, No. 93199-2. Petition for review of a decision of the Court of Appeals, No. 46852-2-II, May 3, 2016, 193 Wn. App. 1044. *Denied* November 2, 2016.

*State, Respondent, v. Mabry, Petitioner*, No. 93218-2. Petition for review of a decision of the Court of Appeals, No. 47036-5-II, May 10, 2016, 193 Wn. App. 1050. *Denied* November 2, 2016.

*Love et al., Petitioners, v. Dep't of Corr., Respondent*, No. 93229-8. Petition for review of a decision of the Court of Appeals, No. 46798-4-II, May 10, 2016, 193 Wn. App. 1049. *Denied* November 2, 2016.

*State, Respondent, v. Adan, Petitioner*, No. 93266-2. Petition for review of a decision of the Court of Appeals, No. 73544-6-I, May 2, 2016, 193 Wn. App. 1042. *Denied* November 2, 2016.

*McCarthy et al., Petitioners, v. Clark County et al., Respondents*, No. 93280-8. Petitions for review of a decision of the Court of Appeals, No. 46347-4-II, April 12, 2016, 193 Wn. App. 314. Both petitions for review *denied* November 2, 2016.